FORM NO. 2

# United States Bankruptcy Court
## Western District of Tennessee

In re **James Morris Saxon, Jr.**
**Ann Mikela Evander Saxon**
Debtor(s)

Case No.
Chapter **13**

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | (H) **James Morris Saxon, Jr.** | S.S.# **xxx-xx-0228** |
| | (W) **Ann Mikela Evander Saxon** | S.S.# **xxx-xx-1286** |
| ADDRESS: | **7586 Blackberry Farm Rd.** | |
| | **Germantown, TN 38138** | |

PLAN PAYMENT: Debtor(s) to pay $ **442.00**  (weekly, every two weeks, semi-monthly, monthly)
PAYROLL DEDUCTION:              OR ( **X** ) DIRECT PAY
BECAUSE:
FIRST PAYMENT DATE:
PLACE OF EMPLOYMENT: **Unemployment**       Spouse's Employer: **Edward Capital Management**
ADMINISTRATIVE: Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order.

MONTHLY PLAN PMT.

| | | | | | |
|---|---|---|---|---|---|
| AUTO INSURANCE: | ( ) Not included in Plan   ( ) Included in Plan | | | | $ **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to | | | | $ **-NONE-** |
| | Child support arrearage amount | | | | $ |
| PRIORITY CREDITORS: | **-NONE-** | | | | $ **-NONE-** |

HOME MORTGAGE: If no arrearage, ongoing payments are to be paid directly by the debtor(s).
**Gull-Maj Evander**   Ongoing pmt. Begin                                      $ **CURRENT**
Approx. arrearage  **0.00**       Interest **0.00** %           $ **0.00**

SECURED CREDITORS;          VALUE                  RATE OF                MONTHLY
(retain lien 11 U.S.C. Sec. 1325{a}{5})   COLLATERAL           INTEREST              PLAN PMT.

| | | | | | |
|---|---|---|---|---|---|
| **City of Germantown** | $ | **916.06** | **12.00** | % | $ **21.00** |
| **Shelby County Trustee** | $ | **3,496.03** | **12.00** | % | $ **78.00** |
| **USAA** | $ | **4,545.16** | **5.25** | % | $ **87.00** |

UNSECURED CREDITORS: Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts. Percentage to be paid to be determined by Trustee;

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: **$93,831.00**

TERMINATION:       Plan shall terminate upon payment of the above, approximately **60** months.

**Rejected Leases**
 **-NONE-**:
**Assumed Leases**
 **-NONE-**:
*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.

DEBTOR'S ATTORNEY:   **Bettye S. Bedwell 015354**
**Bedwell Law Firm, Inc.**
**200 Jefferson Ave., Suite 202**
**Memphis, TN 38103-8306**
**(901) 577-0009 Fax:(901) 526-0060**